```
            UNITED STATES DISTRICT COURT
             DISTRICT OF NEW HAMPSHIRE
```

Federal Insurance Company,
as Subrogee of Mark Schifrin
And Kim Schifrin

    v.                                  Civil No. 10-cv-333-LM

Good Old Days Contracting, LLC


O R D E R

On today's date, a telephone conference was held.  Attorney Sean O'Connell appeared for plaintiff and Attorney Dona Feeney appeared for defendant.

Counsel requested a brief extension of the stay that the court ordered on April 7, 2011, and for the same reasons referenced in their original request (doc. no. 15).  Counsel believe a global settlement is still likely; they simply need more time.  The court grants the extension.  Accordingly, the case is stayed until November 28, 2011.  The parties should request a telephone conference with the court on or before that date in the event they desire a further extension.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated:  October 27, 2011

cc:  Sean P. O'Donnell, Esq.
     Dona Feeney, Esq.